DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
CHRISTIANSEN, JANELLE GAY

Case No. 06-00147-PCW13

Debtor

### TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $1.29, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| CHRISTIANSEN, JANELLE GAY | 40 E PINERIDGE CT #15<br>SPOKANE, WA<br>99208 | $1.29 |

Dated: July 23, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Rcpt 4874763        7-28-10        $1.29